UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-62166-CIV-DIMITROULEAS

CHERI SEROTA and MURRAY SEROTA,

Magistrate Judge Snow

    Plaintiffs,

vs.

CARRIAGE HILLS CONDOMINIUM ASSOCIATION, INC.,

    Defendant.
_____/

## NOTICE

THIS CAUSE is before the Court upon Plaintiffs' Motion for Summary Judgment [DE 28], filed herein on June 22, 2014.  The Court has carefully considered the Motion, Defendant's Response [DE 34], Plaintiffs' Reply [DE 39], and is otherwise fully advised in the premises.

Plaintiffs' Motion for Summary Judgment [DE 28] is now ripe.  Defendant's arguments in response that the Motion [DE 28] was premature because Defendant has not been able to and/or has not been permitted to conduct sufficient and adequate discovery in this case no longer exist.  The discovery cutoff was September 3, 2014. *See* [DE 21].  There are no pending motions to compel discovery.  Accordingly, if nothing else is filed in the record, the Court intends to rule on Plaintiffs' Motion for Summary Judgment [DE 28] on or after October 6, 2014.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 23rd day of September, 2014.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record