UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-62166-CIV-DIMITROULEAS

CHERI SEROTA and MURRAY SEROTA,

    Magistrate Judge Snow

    Plaintiffs,

vs.

CARRIAGE HILLS CONDOMINIUM ASSOCIATION, INC.,

    Defendant.
_____/

## ORDER DENYING MOTION TO STRIKE OR FILE SURREPLY

THIS CAUSE is before the Court upon Defendant's Motion to Strike or for Leave for File Sur-Reply [DE 48], filed herein on October 19, 2014.  The Court has carefully considered the Motion, Plaintiffs' Response [DE 49], and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's Motion to Strike or for Leave for File Sur-Reply [DE 48] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of October, 2014.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record